JS-6

1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | VICTOR V. RAMIREZ,

Case No. EDCV 20-0982 CJC (PVC)

12 |        Petitioner,

**JUDGMENT**

13 |        v.

14 | SUPERIOR COURT OF CALIFORNIA,

15 |        Respondent.

16

17        Pursuant to the Court's Order Accepting Findings, Conclusions and

18 Recommendations of United States Magistrate Judge,

19

20        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without

21 prejudice.

22

23 DATED: July 27, 2020

24

25

_____

26 CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

27

28